GROUND ONE and GROUND TWO

(a) Supporting Facts

1. On 3rd July 2020 Petitioner filed Motion to Discharge Counsel and Appoint New Counsel
2. Counsel was previously involved with Petitioner's cousin in a sexual and violent relationship.
3. Such animosity and ill will by appointed Counsel is a clear conflict of interest
4. Petitioner filed the motion the judge allowed in part the discharge of Counsel and denied appointment of new counsel.
5. The judge expects Petitioner to now represent herself and go to trial same day.
6. Petitioner did not even have the case file.
7. On 16th July 2020 Petitioner filed under c.231 §118 a request for Interlocutory Appeal with Massachusetts Appellate Court.
8. Petitioner was denied at 4:00pm on 16th July 2020.
9. Petitioner is given partial casefile at 4:00pm 16th July 2020.
10. Petitioner is expected to go to trial Pro Se the next day
11. The burden to provide counsel was on the state.
12. Petitioner cannot proceed Pro Se in a care and protection trial involving the liberty of two twin babies in one day preparation.
13. This is an unfair action by state government.
14. Babies cannot be taken from Mothers in such an unfair state process.