FILED
IN CLERKS OFFICE

Cover Letter

2020 JUL 17  AM 11: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk

The enclosed Writ for Habeas Corpus
is a Constitutional Emergency request
for Injunction.

return my property@protonmail.com

(786) 671-5211
(786) 397-9577
    Corla Marie Conforto

17th July 2020

Corla Marie Conforto
c/o 1127 Harrison Avenue
Unit Six
Boston, Massachusetts