United States District Court

FILED
IN CLERKS OFFICE
2020 JUL 17 PM 1:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

T.A.
K.A.

V.

Linda S. Spears
(DCF Commissioner)

Case No

# PETITION FOR WRIT OF HABEAS CORPUS WITH EMERGENCY INJUNCTIVE RELIEF

## Relief Requested

A. Petitioner requests the Habeas Court grant the following relief:

1. Stay the lower court proceeding scheduled for 11am today 17th July 2020 to allow Petitioner to read the case file and having a chance to actually read and understand the stack

2. Order the lower court to appoint counsel as liberty of two twin babies cannot be usurped by government in such an unfair proceeding.

3. Grant such other relief as it may appear this Petitioner is entitled.

17th July 2020