UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-11352-RGS

CARLA MARIE CONFORTO

v.

COMMISSIONER LINDA S. SPEARS

**<u>FINAL ORDER OF DISMISSAL</u>**

In accordance with the Order dated July 22, 2020, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date: 7/22/2020                                     /s/ Richard G. Stearns
                                                            _____
                                                            UNITED STATES DISTRICT JUDGE